*Nathan Cobb* v. *Jonathan Goodhue et al.* J. ANTHON, for complainant; J. R. WHITING, for Bell & Brown; J. COIT, for Goodhue & Co. Decree declaring the rights of the parties and adjusting the amount to be apportioned between them, and directing that if the parties consent to an adjustment upon the principles declared, the decree of the assistant vice chancellor to be modified accordingly. But if such stipulation is not filed within thirty days, such further decree to be made as may be necessary. That part of the decree dismissing the bill with costs as to defendants Bell & Brown affirmed with costs.